BART HICKEY, complainant-appellant,

*v.*

FIRST NATIONAL BANK OF LYNDHURST, NEW JERSEY, defendant-respondent.

[Submitted October 30th, 1931. Decided February 1st, 1932.]

*Messrs. Ely & Ely,* for the appellant.

*Mr. Leo F. Reilly* and *Mr. Harry S. Town,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the memorandum filed by Vice-Chancellor Bigelow.

54

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 15.

*For reversal*—None.